Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Fl.
New York, NY 10017
Tel: (212) 725-4423

**David A. Schrader, Partner**
**Paykin Krieg & Adams, LLP**
**NY & NJ Bars**
**Email: dschrader@PKA-law.com**

March 30, 2021

***ECF***

Hon. Diane Gujarati
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    *GEICO v. Beynin*
             *Docket No.: 1:19-cv-06118*

Dear Judge Gujarati:

    This law firm is co-counsel for the defendants in the above action.  On March 25, 2021, we filed a motion to strike supplemental submissions made by the plaintiff in connection with the pending motion to dismiss.  [DN 59[ In light of the Court's issuance of a decision on the motion, we hereby withdraw our motion as moot.

                Respectfully Submitted,

                /s/ David A. Schrader

                David A. Schrader

cc:  all counsel by ECF